**Order entered March 30, 2020**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

**No. 05-20-00267-CV**

**IN RE KENNETH B. CHAIKEN, Relator**

**Original Proceeding from the 416th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 416-04054-2015**

## ORDER

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of mandamus.

/s/ ROBERT D. BURNS, III
   CHIEF JUSTICE